02-11-440-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00440-CV 

 

 




 
 
 In re Sabre Inc., Sabre Holdings Corp., and Sabre
 Travel International Ltd.
 
 
  
 
 
 RELATORS
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relators’ petition for writ
of mandamus is denied.

PER CURIAM

 

PANEL: 
LIVINGSTON, C.J.; DAUPHINOT and WALKER, JJ.

 

DELIVERED: 
November 18, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).